# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Garcia Solano, Amado | § | Case No. 10-30999 JBS |
| Batalla, Leticia | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                        $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                  $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joseph A. Baldi_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-30999 | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Garcia Solano, Amado | | Date Filed (f) or Converted (c): | 07/12/10 (f) |
| | Batalla, Leticia | | 341(a) Meeting Date: | 09/08/10 |
| For Period Ending: | 06/03/14 | | Claims Bar Date: | 04/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home- Personal Residence 2637 S 59th | 70,358.00 | 0.00 | | 0.00 | FA |
| 2. Two Unit Building 2842 S. Kildare Chicago, IL | 75,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account National City/PNC ***5978 Cicero, | 128.89 | 0.00 | | 0.00 | FA |
| 5. Normal Furniture Normal Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Normal Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Federal Tax Refund | 3,165.00 | 0.00 | | 0.00 | FA |
| 9. State Income Tax Refund | 190.00 | 0.00 | | 0.00 | FA |
| 10. 2008 Toyota Rav 4 (u) | 9,000.00 | 5,800.00 | | 5,800.00 | FA |
| Sold vehicles to Debtors net of exemptions, payable $3,000 down and $400 per month for 30 months - payments run through April 2014 | | | | | |
| 11. 1999 Toyota Corolla (u) | 125.00 | 0.00 | | 0.00 | FA |
| 12. 2000 Nissan Frontier (u) | 15,000.00 | 9,200.00 | | 9,200.00 | FA |
| Sold vehicles to Debtors net of exemptions, payable $3,000 down and $400 per month for 30 months - payments run through April 2014 | | | | | |
| 13. 2002 Chevrolet Cavalier (u) | 600.00 | 0.00 | | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.07 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $176,906.89 | $15,000.00 | | $15,000.07 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated for Debtors purchase of equity in vehicles; pursuant to Court order, Trustee sold equity in vehicles

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-30999  Judge: Jack B. Schmetterer | Trustee Name: Joseph A. Baldi |
| Case Name: | Garcia Solano, Amado | Date Filed (f) or Converted (c): 07/12/10 (f) |
| | Batalla, Leticia | 341(a) Meeting Date: 09/08/10 |
| | | Claims Bar Date: 04/13/11 |

back to Debtors; Debtors are authorized to pay Estate in installments, over 30 months.  Trustee monitored and recovered all monies per court order.  Trustee reviewed claims and prepared final report.

Initial Projected Date of Final Report (TFR): 03/15/12    Current Projected Date of Final Report (TFR): 08/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-30999 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Garcia Solano, Amado | Bank Name: | Associated Bank |
| | Batalla, Leticia | Account Number / CD #: | *******6743 Checking Account |
| Taxpayer ID No: | *******4067 | | |
| For Period Ending: | 06/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | FINAL TRANSFER | 9999-000 | 13,270.07 | 13,270.07 |
| 01/07/14 | 12 | Leticia Batalla & Amado Garcia Solano c/o PL$ - Money Order 5947 W. Roosevelt Road Cicero, IL 60804 | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | 13,670.07 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | 10.00 | 13,660.07 |
| 02/05/14 | 003001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment | 2300-000 | 10.95 | 13,649.12 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | 20.57 | 13,628.55 |
| 02/12/14 | 12 | Leticia Batalla & Amado Garcia Solano PL$ (Money Order) 5947 W. Roosevelt Rd Cicero, IL 60804 | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | 14,028.55 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | 18.64 | 14,009.91 |
| 03/10/14 | 12 | Leticia Batalla & Amado Garcia Solano PL$ (Money Order) 5947 W. Roosevelt Rd Cicero, IL 60804 | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | 14,409.91 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | 21.25 | 14,388.66 |
| 04/08/14 | 12 | Leticia Batalla & Amado Garcia Solano PL$ (Money Order) 5947 W. Roosevelt Rd Cicero, IL 60804 | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | 14,788.66 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-30999 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Garcia Solano, Amado | Bank Name: | Associated Bank |
| | Batalla, Leticia | Account Number / CD #: | *******6743 Checking Account |
| Taxpayer ID No: | *******4067 | | |
| For Period Ending: | 06/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******6743 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 4 | Deposits | 1,600.00 | 1 | Checks | 10.95 |
| | 0 | Interest Postings | 0.00 | 4 | Adjustments Out | 70.46 |
| | | Subtotal | $ 1,600.00 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 81.41 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 13,270.07 | | | |
| | | Total | $ 14,870.07 | | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-30999 -JBS | | Trustee Name: | Joseph A. Baldi |
| Case Name: | Garcia Solano, Amado | | Bank Name: | Bank of America, N.A. |
| | Batalla, Leticia | | Account Number / CD #: | *******7343 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4067 | | | |
| For Period Ending: | 06/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/11 | 10 | AMADO GARCIA SOLANO | SALE PROCEEDS: VEHICLES | 1229-000 | 3,000.00 | | 3,000.00 |
| | | Leticia Batalla | | | | | |
| 10/31/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,000.01 |
| 11/11/11 | 10 | Amado Garcia Solano | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 3,400.01 |
| | | 2637 S. 59th Court | | | | | |
| | | Cicero, IL 60804 | | | | | |
| 11/30/11 | 14 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,400.04 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.86 | 3,396.18 |
| 12/07/11 | 10 | AMADO GARCIA SOLANO | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 3,796.18 |
| | | Leticia Batalla | | | | | |
| 12/29/11 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,796.21 |
| 12/29/11 | | Transfer to Acct #*******2756 | Bank Funds Transfer | 9999-000 | | 3,796.21 | 0.00 |

| Account *******7343 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 3 | Deposits | 3,800.00 | 0 | Checks | 0.00 |
| 3 | Interest Postings | 0.07 | 1 | Adjustments Out | 3.86 |
| | | | 1 | Transfers Out | 3,796.21 |
| | Subtotal | $ 3,800.07 | | | |
| | | | | Total | $ 3,800.07 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 3,800.07 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 10-30999 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Garcia Solano, Amado | Bank Name: | Congressional Bank |
|  | Batalla, Leticia | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 |  |  |
| For Period Ending: | 06/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/29/11 |  | Transfer from Acct #*******7343 | Bank Funds Transfer | 9999-000 | 3,796.21 |  | 3,796.21 |
| 01/12/12 | 10 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 4,196.21 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 |  | 3.32 | 4,192.89 |
| 02/10/12 | 10 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 4,592.89 |
| 03/16/12 | 10 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 4,992.89 |
| 04/17/12 | 10 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 5,392.89 |
| 05/11/12 | 10 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 5,792.89 |
| 07/10/12 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 6,192.89 |
| 08/14/12 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 6,592.89 |
| 09/11/12 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 6,992.89 |
| 10/10/12 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 7,392.89 |
| 10/24/12 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 7,792.89 |
| 11/14/12 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 8,192.89 |
| 12/11/12 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 8,592.89 |
| 01/09/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 |  | 8,992.89 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 10-30999 -JBS | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | Garcia Solano, Amado | | Bank Name: | Congressional Bank |
| | Batalla, Leticia | | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | | |
| For Period Ending: | 06/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/13 | 001002 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 7.26 | 8,985.63 |
| 02/14/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 9,385.63 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 9,395.63 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 9,385.63 |
| 03/13/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 9,785.63 |
| 04/09/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 10,185.63 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 10,175.63 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.20 | 10,165.43 |
| 05/10/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 10,565.43 |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account | 2600-000 | | 10.33 | 10,555.10 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 17.05d

FORM 2     Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

| Case No: | 10-30999 -JBS | Trustee Name: | Joseph A. Baldi |
| Case Name: | Garcia Solano, Amado | Bank Name: | Congressional Bank |
| | Batalla, Leticia | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | |
| For Period Ending: | 06/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | | | | |
| 06/09/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 11.04 | 10,544.06 |
| 06/11/13 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 10,944.06 |
| 07/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 11.09 | 10,932.97 |
| 07/12/13 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 11,332.97 |
| 08/05/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 11.84 | 11,321.13 |
| 08/06/13 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 11,721.13 |
| 09/04/13 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 12,121.13 |
| 09/11/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.44 | 12,108.69 |
| 10/03/13 | | CONGRESSIONAL BANK 6500 Rock Spring Drive, Suite 300 Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.39 | 12,096.30 |
| 10/08/13 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 12,496.30 |
| 11/05/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 13.16 | 12,483.14 |

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-30999 -JBS | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Garcia Solano, Amado | | Bank Name: | Congressional Bank |
| | Batalla, Leticia | | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | | |
| For Period Ending: | 06/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/12/13 | 12 | 6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817<br>AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 12,883.14 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 13.07 | 12,870.07 |
| 12/09/13 | 12 | Amado Garcia Solano<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 13,270.07 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 13,270.07 | 0.00 |

|  | Account | *******2756 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
|  | 24 | | Deposits | 9,600.00 | 2 | Checks | 10.58 |
|  | 0 | | Interest Postings | 0.00 | 10 | Adjustments Out | 115.56 |
|  | | | | | 1 | Transfers Out | 13,270.07 |
|  | | | Subtotal | $ 9,600.00 | | | |
|  | | | | | | Total | $ 13,396.21 |
|  | 2 | | Adjustments In | 0.00 | | | |
|  | 1 | | Transfers In | 3,796.21 | | | |
|  | | | Total | $ 13,396.21 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

LFORM2T4

Ver: 17.05d

FORM 2

Page: 8

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-30999 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Garcia Solano, Amado | Bank Name: | Congressional Bank |
| | Batalla, Leticia | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | |
| For Period Ending: | 06/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | 31 | Deposits | 15,000.00 | 3 | Checks | 21.53 |
| | 3 | Interest Postings | 0.07 | 15 | Adjustments Out | 189.88 |
| | | | | 2 | Transfers Out | 17,066.28 |
| | | Subtotal | $ 15,000.07 | | | |
| | | | | | Total | $ 17,277.69 |
| | 2 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 17,066.28 | | | |
| | | Total | $ 32,066.35 | | Net Total Balance | $ 14,788.66 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

LFORM2T4

Ver: 17.05d

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 03, 2014 |

Case Number: 10-30999
Debtor Name: Garcia Solano, Amado

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Joesph A. Baldi, Trustee | Administrative | | $2,250.01 | $0.00 | $2,250.01 |
| 001<br>3110-00 | Baldi Berg, Ltd. | Administrative | | $1,228.00 | $0.00 | $1,228.00 |
| BOND 001<br>2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $14.27 | $14.27 | $0.00 |
| | | | 9010012756  02/07/12  1001 | | 3.32 | |
| | | | 2221656743  02/05/14  3001 | | 10.95 | |
| | Subtotal for Priority 001 | | | $3,492.28 | $14.27 | $3,478.01 |
| 000001<br>070<br>7100-00 | Real Time Resolutions, Inc.<br>1750 Regal Row Suite 120<br>Dallas Texas 75235 | Unsecured | (1-1) Modified 2/4/11 to correct address (mj) | $54,313.77 | $0.00 | $54,313.77 |
| 000002<br>070<br>7100-00 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | Unsecured | | $131.99 | $0.00 | $131.99 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>US Cellular<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $325.33 | $0.00 | $325.33 |
| | Subtotal for Priority 070 | | | $54,771.09 | $0.00 | $54,771.09 |
| | Case Totals: | | | $58,263.37 | $14.27 | $58,249.10 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-30999 JBS
Case Name: Garcia Solano, Amado
          Batalla, Leticia
Trustee Name: Joseph A. Baldi

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Real Time Resolutions, Inc. | $ | $ | $ |
| 000002 | Sprint Nextel Correspondence | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE