UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Amado Garcia Solano & Leticia Batalla, | ) | Case No. 10-30999 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: July 29, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to: Estate

Date of Order Authorizing
Employment: July 12, 2010

Period for Which
Compensation is sought: July 12, 2010 to Close of Case

Amount of Fees sought: $2,250.01

Amount of Expense
Reimbursement sought: $0.00

This is an:    Interim Application __    Final Application __*X*__

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses **paid** to the Applicant to date for services rendered and expenses incurred herein is: N/A .

Dated: April 29, 2014                    Joseph A. Baldi, Trustee of the Estate of
                                         Amado Garcia Solano & Leticia Batalla,
                                         Debtors

                                         By:    /s/Joseph A. Baldi, Trustee
                                                Joseph A. Baldi, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Amado Garcia Solano & Leticia Batalla, | ) | Case No. 10-30999 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: July 29, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**First and Final Application for Allowance and Payment of
Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Amado Garcia Solano & Leticia Batalla, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $2,250.01 as final compensation for services rendered as trustee in this case from July 12, 2010 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. Debtors commenced this case on July 12, 2010 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Estate's assets of value were two vehicles described as a 2008 Toyota Rav 4 and a 2008 Nissan Frontier (collectively, the "Vehicles").

4. The bar date for filing claims in this case was April 13, 2011.

**Prior Compensation and Expense Reimbursement**

5. This is the first and final application ("Application") for allowance of compensation and expense reimbursement filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

### Services Rendered by Trustee

7. Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A. Trustee reviewed the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs. Trustee conducted an examination of the Debtors pursuant Section 341 of the Code.

B. Trustee investigated the Estate's interest in all potential assets of value including the Vehicles; initially, the Debtors did not list the Vehicles on their Schedules of Assets and Liabilities; Trustee continued the Debtors' Section 341 meeting of creditors multiple times in order to obtain information from the Debtors regarding the Vehicles; Trustee learned that the Vehicles were free of any liens and obtained appraisals of the Vehicles which estimated the value of the Vehicles of approximately $24,000.00; thereafter, Trustee sought to negotiate to sell the Vehicles back to the Debtors or, in the alternative, to have the Vehicles turned over to the Trustee; Debtors were slow to make an offer to purchase the Vehicles and indicated that they were considering converting this case to a chapter 13 proceeding; after reasonable time passed with no offer or conversion, Trustee directed his attorneys to make demand upon the Debtors for a turnover of the Vehicles; finally, the Debtors made an offer to purchase the Vehicles to which Trustee made a counter offer; Debtors accepted the Trustee's counter offer and the Trustee directed his attorneys to seek court authority to sell the Vehicles to the Debtors; pursuant to this Court's order dated November 7, 2011, Trustee was authorized to sell the Vehicles to the Debtors for the sale price of $15,000.00 ("Sale Proceeds") payable in

installments over 30 months; Trustee monitored the payments from the Debtors and collected the Sale Proceeds as ordered;

   C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

   D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

   E. Trustee reviewed tax obligations of the Estate with his accountant and determined that no tax return was necessary to be prepared;

   F. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

   G. Trustee examined, analyzed and verified proofs of claim filed against the Estate; and

   H. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $15,000.17 on behalf of the Estate. Trustee has made $211.41 in disbursements in this case as of the date hereof.

9. Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 19.30 hours rendering services on behalf of this Estate with a value of $3,938.00. Trustee estimates that he will spend an additional four hours rendering services with a value of $1,035.00 to obtain

3

approval of the final report, make a final distribution to creditors and prepare and file his final account.

11.    The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above is $2,250.01 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $10,000.17 | $1,000.01 |
| Total allowable compensation | $2,250.01 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a 20% distribution to timely filed general unsecured claims. Trustee does not anticipate that there will be a surplus of funds to be returned to the Debtors.

12.    Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from the time of his appointment through the closing of this case in the amount of $2,250.01.  This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14.    Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

**Status of the Case**

15.    The Trustee has liquidated or sought to abandon at closing all of the assets of the Estate and has completed his review and analysis of the claims filed against the Estate.

16.    Trustee has completed and filed his Final Report simultaneously herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Amado Garcia Solano & Leticia Batalla, requests the entry of an order providing the following:

4

      A.    Allowing to Trustee final compensation in the amount of $2,250.01 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from July 12, 2010 through the closing of this case;

      B.    Authorizing Trustee to make a distribution of the monies awarded above as part of his final distribution in this case, and

      D.    For such other and further relief as this Court deems appropriate.

Dated:  April 29, 2014          Joseph A. Baldi, as trustee of the estate of
                                    Amado Garcia Solano & Leticia Batalla, Debtors


                                    By:_____/s/_____
                                        Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
20 N. Clark St.   Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application      Amado Garcia Solano & Leticia Batalla, Debtors**
**Case No. 10-30999**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

### Invoice submitted to:

April 25, 2014
Invoice No:    02441

Joseph A. Baldi, trustee
Baldi Berg, Ltd
20 N. Clark Street, Suite 200
Chicago, IL 60602

**In Reference to:**   *Garcia Solano - Trustee matters*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 1/27/2011 | JAB | Phone call to Debtor's attorney re: car value | 0.10 $425.00/ hr | $42.50 |
| 1/27/2011 | RKP | Prepare forms as required for submission to UST for annual report | 0.80 $190.00/ hr | $152.00 |
| 4/18/2011 | JAB | Telephone call to Debtor's attorney re: value of vehicles, and turnover of vehicles or sale to Debtors | 0.10 $425.00/ hr | $42.50 |
| 4/18/2011 | RKP | Meet with trustee re: first quarter review | 0.20 $190.00/ hr | $38.00 |
| 5/25/2011 | JAB | Review file (.1); follow up call (left message) to Debtor's attorney re: sale or turnover; phone conversation with Debtor's attorney re: possible sale or conversion of case (.1) | 0.20 $425.00/ hr | $85.00 |
| 8/31/2011 | RKP | Email to Debtor's attorney re: offer to purchase | 0.10 $190.00/ hr | $19.00 |
| 9/12/2011 | JAB | Review offer from Debtors for purchase of vehicles | 0.10 $450.00/ hr | $45.00 |

**Baldi Berg, Ltd**

4/25/2014

Garcia Solano - Trustee matters

Page 2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 9/19/2011 | RKP | Meet with Trustee re: issues and status in case and to discuss offer | 0.20 $190.00/ hr | $38.00 |
| 9/20/2011 | RKP | Email to T. Smith re: counter offer for purchase of vehicles | 0.20 $190.00/ hr | $38.00 |
| 10/03/2011 | RKP | Review and update case status in system for 3rd quarter review | 0.10 $190.00/ hr | $19.00 |
| 11/22/2011 | RKP | Perform reconciliation of Estate bank accounts for October 2011 | 0.10 $190.00/ hr | $19.00 |
| 12/08/2011 | JMM | Entered Check into TCMS (.1) & Sent by FedEx (.1) | 0.20 $75.00/ hr | $15.00 |
| 12/14/2011 | RKP | Reconcile estate bank accounts | 0.10 $190.00/ hr | $19.00 |
| 1/04/2012 | RKP | Update system with information for annual report | 0.10 $195.00/ hr | $19.50 |
| 1/26/2012 | JAB | Review case file, update for annual reports. | 0.30 $450.00/ hr | $135.00 |
| 2/06/2012 | RKP | Review bond invoice, allocate premium per Estate based upon funds on hand, prepare distribution check | 0.10 $195.00/ hr | $19.50 |
| 2/10/2012 | JMM | Deposited Check in TCMS (.1) & Sent to Congressional via FedEx (.1) | 0.20 $85.00/ hr | $17.00 |
| 2/27/2012 | RKP | Perform account reconciliation for Estate bank accounts as of December 28, 2011 (.2); December 30, 2011 (.2); update posted transactions and reconcile account to January 31, 2012 (.2) | 0.60 $195.00/ hr | $117.00 |
| 3/07/2012 | JAB | Review bank statements, update financial records | 0.10 $450.00/ hr | $45.00 |

**Baldi Berg, Ltd**

4/25/2014

Garcia Solano - Trustee matters

Page 3

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/07/2012 | RKP | Verify payments from Debtors pursuant to payment plan (.1); prepare accounts receivable tracking system to monitor future payments under payment plan (.2) | 0.30<br>$195.00/ hr | $58.50 |
| 3/12/2012 | RKP | Perform account reconciliation for February 2012. | 0.10<br>$195.00/ hr | $19.50 |
| 4/12/2012 | JMM | Process March 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 5/08/2012 | JMM | Review Bank Statement & Reconcile Bank Account | 0.20<br>$85.00/ hr | $17.00 |
| 8/07/2012 | JMM | Process June 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 8/27/2012 | JMM | Process July 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 9/12/2012 | JMM | Drafted Letter to Debtors re: June 2012 Money Order (.6) & Drafted Fax to Debtor's Attorney re: same (.2) | 0.80<br>$125.00/ hr | $100.00 |
| 9/27/2012 | JMM | Process August 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 10/05/2012 | JMM | Process September 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 11/16/2012 | JMM | Process October 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 12/21/2012 | JMM | Process November 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$125.00/ hr | $25.00 |
| 1/14/2013 | JMM | Process December 2012 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                                                                4/25/2014

Garcia Solano - Trustee matters                                                                                      Page   4

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/20/2013 | RKP | Review case file and documents re: 2012 tax return obligation; memo to L. West re: same | 0.10<br>$195.00/ hr | $19.50 |
| 2/07/2013 | JMM | Review bond invoice, allocate premium per Estate based upon funds on hand, prepare distribution check | 0.10<br>$175.00/ hr | $17.50 |
| 2/11/2013 | JMM | Process January 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/14/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/13/2013 | JMM | Deposit Check into TCMS (.1), Allocate into appropriate property (.1), Send Check to Congressional via FedEx (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 3/18/2013 | JMM | Process February 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/09/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/10/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/10/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 5/22/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                                                        4/25/2014

Garcia Solano - Trustee matters                                                                          Page    5

---

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 5/28/2013 | RKP | Review case file; update system information in preparation of interim report; draft letter to debtors re: change of address | 0.30<br>$195.00/ hr | $58.50 |
| 5/29/2013 | RKP | Edit letter to Debtors re:change of address | 0.10<br>$195.00/ hr | $19.50 |
| 6/11/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/09/2013 | JMM | Process June 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/12/2013 | JMM | Deposited Check into TCMS (.1), Send to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 7/31/2013 | ECB1 | Review, revise and finalize Trustee annual report as required by UST Office; File same | 0.10<br>$195.00/ hr | $19.50 |
| 7/31/2013 | JMM | Update Form 3 in preparation of Annual Report | 0.10<br>$175.00/ hr | $17.50 |
| 9/06/2013 | JMM | Process August 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/08/2013 | JMM | Deposit Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/25/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 11/18/2013 | JMM | Process October 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg, Ltd**                                                                                                        4/25/2014

Garcia Solano - Trustee matters                                                                                Page    6

---

| Date | Staff | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 12/09/2013 | JMM | Enter check into TCMS receipts log and deposit check into TCMS Bank (.1), Send Check to Congressional via FedEx (.1) | 0.20 $175.00/ hr | $35.00 |
| 12/11/2013 | JMM | Process November 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 1/19/2014 | RKP | Review case file and information regarding estate tax obligation (.1); prepare memo to J. Baldi and L. West re: same (.1); compile documents as needed for accountant analysis of estate tax obligation (.1) | 0.30 $195.00/ hr | $58.50 |
| 1/20/2014 | JMM | Process and Reconcile Congressional Bank Transfer Statement (.1), Process December 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.30 $175.00/ hr | $52.50 |
| 2/05/2014 | JMM | Run Bond report, prep premium payment; Prep transmittal to International Securities re same | 0.20 $175.00/ hr | $35.00 |
| 2/12/2014 | JMM | Deposit Check into TCMS (.1), Deposit Check with Associated Bank (.1) | 0.20 $175.00/ hr | $35.00 |
| 2/15/2014 | JAB | Open and approve January 2014 bank statement | 0.10 $450.00/ hr | $45.00 |
| 2/17/2014 | JMM | Process January 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/10/2014 | JMM | Deposit Check into TCMS (.1), Deposit w/ Associated Bank via scanner (.1) | 0.20 $175.00/ hr | $35.00 |
| 3/21/2014 | JAB | Open and approve February 2014 Bank Statement | 0.10 $450.00/ hr | $45.00 |

**Baldi Berg, Ltd**                                                                                                      4/25/2014

Garcia Solano - Trustee matters                                                                      Page      7

_____

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 3/21/2014 | JMM | Process February 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/08/2014 | JMM | Deposit check from Peter Lappin case into TCMS (.1), Deposit check into Associated Bank via scanner (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 4/24/2014 | RKP | Draft Trustee Fee Application (1.3); draft proposed order, affidavit and coversheet (.3); review same (.3); review case file for information needed to prepare TFR and related documents (.3); update system information as needed for TFR (.4); draft TFR (1.0); and NFR (.4); compile documents in support of TFR (.4). | 4.90<br>$195.00/ hr | $955.50 |
| 4/25/2014 | JAB | Review edit and execute Trustee's Final Report | 1.00<br>$450.00/ hr | $450.00 |

|  |  |
|---|---|
| Total Fees | $3,938.00 |
| Total New Charges | $3,938.00 |
| Previous Balance | $0.00 |
| Balance Due | $3,938.00 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth (1) C Berg | 0.10 | $195.00 |
| Joseph A Baldi | 0.40 | $425.00 |
| Joseph A Baldi | 1.70 | $450.00 |
| Jason M Manola | 0.20 | $75.00 |
| Jason M Manola | 0.60 | $85.00 |
| Jason M Manola | 2.00 | $125.00 |
| Jason M Manola | 5.60 | $175.00 |
| Ricki K Podorovsky | 1.80 | $190.00 |
| Ricki K Podorovsky | 6.90 | $195.00 |

**Trustee's Final Fee Application      Amado Garcia Solano & Leticia Batalla, Debtors**
**Case No. 10-30999**

# Rule 2016 Affidavit

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Amado Garcia Solano and Leticia Batalla, | ) | Case No. 10-30999 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois   )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.), a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on April 28, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**