UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Amado Garcia Solano & Leticia Batalla, | ) | Case No. 10-30999 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date: July 29, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Baldi Berg, Ltd. (formerly known as Baldi, Berg & Wallace, Ltd.)

Authorized to Provide
Professional Services to: Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment: November 7, 2011

Period for Which
Compensation is sought: July 12, 2011 to Close of Case

Amount of Fees sought: $1,228.00

Amount of Expense
Reimbursement sought: $0.00

This is an: Interim Application __ Final Application __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Total Period Covered | Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: April 29, 2014          Baldi Berg, Ltd.

By:                              /s/Joseph A. Baldi
   Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Amada Garcia Solano & Leticia Batalla, | ) | Case No. 10-30999 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date:  July 29, 2014 |
| | ) | Hearing Time:  10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
to Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd., formerly known as Baldi Berg & Wallace, Ltd. ("BaldiBerg"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Amado Garcia Solano & Leticia Batalla, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to Baldi Berg of $1,228.00 as final compensation for 5.80 hours of legal services rendered to the Trustee from July 12, 2011 through the close of this case.  In support thereof, Baldi Berg respectfully states as follows:

**Introduction**

1. Debtors commenced this case on July 12, 2010 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the assets of value in the Estate were two vehicles identified as a 2008 Toyota Rav 4 and a 2008 Nissan Frontier (collectively, the "Vehicles").

4. The bar date for filing claims in this case was April 13, 2011.

**Retention of Baldi Berg**

5. On November 7, 2011, the Court entered an order authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi Berg, Ltd. as his counsel in this case.  A copy of the order authorizing Trustee to retain Baldi Berg is attached hereto as Exhibit A.  Baldi Berg has served as

counsel for Trustee at all times since its retention.

6.   The professional qualifications and experience of the Baldi Berg attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were responsible for representing the Trustee during the period covered by this fee application are:

   Joseph A. Baldi -- Partner
   Ricki K. Podorovsky – Paralegal
   Jason M. Manola – Clerk/Paralegal

### Prior Compensation Received

7.   This is the first and final application ("Application") for allowance and payment of compensation that Baldi Berg will file in this case.

### Services Rendered by Baldi Berg

8.   Itemized and detailed descriptions of the specific services rendered by Baldi Berg to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.   A listing of the attorneys and paralegals, their position with the firm, hourly rate, and the total hours expended by each professional is detailed below:

| PROFESSIONAL | TITLE | RATES | HOURS |
|---|---|---|---|
| Joseph A. Baldi | Principal | $425.00 | 0.60 |
| Ricki K. Podorovsky | Paralegal | $190.00/$195.00 | 4.90 |
| Jason M. Manola | Clerk/Paralegal | $85.00/$175.00 | 0.30 |
| TOTALS | | | 5.80 |

9.   The services rendered by Baldi Berg during the period covered by this Application were in connection with general case administration and liquidation of the Vehicles, including issuing a demand letter to Debtors for a turnover of the Vehicles when Debtors failed to respond to

2

Trustee's requests; after Trustee negotiated a sale of the Vehicles back to the Debtors, Baldi Berg prepared and presented the Trustee's Motion to Approve the Sale of the Vehicles and Trustee's Motion to Employ Attorneys; pursuant to the order approving the sale, Debtors were authorized to make monthly payments to the Trustee over a period of 30 months; because of the installment plan, Baldi Berg, on behalf of Trustee, secured title to the Vehicles and evidence of insurance from the Debtors to protect the Estate's interests until the Vehicles were paid in full; per this Court's order, Trustee collected a total of $15,000.00 for the sale of the Vehicles; finally, Baldi Berg prepared this final fee application.

## Compensation Requested

10. In connection with the services described in paragraph nine above, Baldi Berg performed 5.80 hours of services for which it requests compensation in the amount of $1,288.00.

11. All of the services performed by Baldi Berg were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi Berg at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi Berg's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi Berg for which compensation is requested.

12. The rates charged by the attorneys and paralegals of Baldi Berg in this Application, as adjusted from time to time, are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate, as adjusted from time to time, is contained in the billing statements attached hereto as Exhibit C and is summarized in paragraph 8 above.

13. This Application includes time and a request for compensation for services relative to the preparation of this Application. The total hours spent in the preparation of the Application is

3

1.50 hours of services for which compensation is requested in the amount of $292.50. This Application represents the first and final application for compensation that Baldi Berg will file in this case.

**Payment of Compensation**

14. Baldi Berg has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi Berg for services rendered to the Trustee in connection with this case

15. Baldi Berg has not previously received or been promised any payments for services rendered in this case.

16. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

**Status of the Case**

18. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed his Final Report simultaneously herewith. A final Fee Application for the Trustee has also been filed concurrently with this Application.

**Financial Condition of the Case**

20. Trustee currently has approximately $15,000.00 on deposit in the Estate's bank account. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees allowed to Baldi Berg, Ltd. in connection with this final fee application, and 3) any fees which may be due or outstanding to the

4

offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution totaling approximately 20% of timely filed general unsecured creditors in this case.

**Trustee's Approval**

22. Baldi Berg certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the amount of $1,228.00 for actual and necessary professional services rendered to the Trustee from July 12, 2011 through the closing of this case;

B. Authorizing Trustee to pay the amount awarded to Baldi Berg, Ltd. from the funds on hand in the Estate as part of the Trustee's final distribution; and

C. For such other and further relief as this Court deems appropriate.

Dated:  April 29, 2014            Baldi Berg, Ltd.

                                  Attorneys for Joseph A. Baldi, as trustee of the estate
                                  of Amado Garcia Solano & Leticia Batalla, Debtors


                                  By:____/s/Joseph A. Baldi_____

Joseph A. Baldi/Atty ID 00100145
Baldi Berg, Ltd.
20 N. Clark St.   Suite 200
Chicago, IL  60602
312.726.8150

5

**Baldi Berg, Ltd.**                               **Amado Garcia Solano & Leticia Batalla, Debtors**
**Final Fee Application**                                                  **Case No. 10-30999**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 10-30999

Amado Garcia Solano & Leticia Batalla, )

)   Chapter: 7

)   Honorable Jack B. Schmetterer

Debtor(s) )

**Order Authorizing Trustee to Employ Attorneys**

    THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi; due and proper notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Amado Garcia Solano & Leticia Batalla, debtors, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter: /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 07, 2011

**Prepared by:**

Joseph A. Baldi/ID No. 00100145
Elizabeth C. Berg/I.D. No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle St. Suite 1500
Chicago, Illinois 60611
(312) 726-8150

**Baldi Berg, Ltd.** **Amado Garcia Solano & Leticia Batalla, Debtors**
**Final Fee Application** **Case No. 10-30999**

**Professional Qualifications**

**Exhibit B**

**Baldi Berg, Ltd.**

<u>**Joseph A. Baldi**</u>

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg, Ltd. (formerly Baldi Berg & Wallace, Ltd.).  Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.  In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.  He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.  Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.  In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers.  He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.  He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

**Baldi Berg, Ltd.**

**Ricki K. Podorovsky**

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

**Jason M. Manola**

Jason M. Manola is a Paralegal with the firm. Mr. Manola has worked with Baldi Berg, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**                 **Amado García Solano & Leticia Batalla, Debtors**
**Final Fee Application**                                     **Case No. 10-30999**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:** (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

April 25, 2014
Invoice No:   02440

Joseph A. Baldi, trustee
Baldi Berg, Ltd
20 N. Clark Street, Suite 200
Chicago, IL 60602

**In Reference to:**   *Garcia Solano - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/12/2011 | RKP | Draft letter to debtor's attorney re: turnover of vehicles | 0.30<br>$190.00/ hr | $57.00 |
| 10/06/2011 | RKP | Draft motion to employ Baldi Berg & Wallace (.8); draft proposed order and affidavit (.2); draft motion to sell vehicles to Debtors (1.2); draft 2002 notice (.3); draft proposed order (.1); review and edit same (.3) and prepare for filing and service. | 2.90<br>$190.00/ hr | $551.00 |
| 11/07/2011 | JAB | Appear on Garcia Solano (Schmetterer) -Motions to Sell to Debtors, Motion to Employ BBW | 0.60<br>$425.00/ hr | $255.00 |
| 11/22/2011 | RKP | Review documents (title and insurance certificate) received from Debtors pursuant to order (.1) and discuss with Trustee (.1) | 0.20<br>$190.00/ hr | $38.00 |
| 6/11/2012 | JMM | Review file re: evidence of insurance on vehicles (.1); discuss with J. Baldi (.1) | 0.20<br>$85.00/ hr | $17.00 |
| 5/29/2013 | JMM | Fax to Debtor's Attorney re: Payment Plan procedure per Court order. | 0.10<br>$175.00/ hr | $17.50 |

**Baldi Berg, Ltd**  4/25/2014

Garcia Solano - General Administration  Page    2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/24/2014 | RKP | Draft Baldi Berg fee application (1.0); coversheet, proposed order and affidavit (.3); review and edit (.2). | 1.50 $195.00/ hr | $292.50 |

|  |  |
|---|---|
| Total Fees | $1,228.00 |
| Total New Charges | $1,228.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,228.00 |

### *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 0.60 | $425.00 |
| Jason M Manola | 0.20 | $85.00 |
| Jason M Manola | 0.10 | $175.00 |
| Ricki K Podorovsky | 3.40 | $190.00 |
| Ricki K Podorovsky | 1.50 | $195.00 |

**Baldi Berg, Ltd.**                                   **Amado Garcia Solano & Leticia Batalla, Debtors**
**Final Fee Application**                                                        **Case No. 10-30999**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Amado Garcia Solano & Leticia Batalla, | ) | Case No. 10-30999 |
| | ) | |
| Debtors. | ) | Hon. Jack B. Schmetterer |

### Rule 2016 Affidavit

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the principal of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

5. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this 25 day of April, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**