UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
         §
Garcia Solano, Amado § Case No. 10-30999
Batalla, Leticia §
         §
         §
       Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

Case 10-30999   Doc 54   Filed 11/12/14   Entered 11/12/14 14:50:45   Desc Main
              Document      Page 2 of 19

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on      . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Joseph A. Baldi_____
                                                                                Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Home Mortgage 4600 Regent Blvd Suite 200 Irving, TX 75063 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Homeloans 450 American Street Simi Valley, CA 93065 | | | | | |
| | CITIRL 10801 6th Street Rancho Cucamonga, CA 91730 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Bank of America, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI PO Box 3097 Bloomington, IL 61702 | | | | | |
| | AMC Mortgage Services P.O. Box 11000 Santa Ana, CA 92711 | | | | | |
| | Asset Management 401 Pilot Ct Suite A Waukesha, WI 53188 | | | | | |
| | BAC Homeloans 450 American Street Simi Valley, CA 93065 | | | | | |
| | Chase Mortgage 10790 Rancho Bernardo Road San Diego, CA 92127 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 24696 Columbus, OH 43224 | | | | | |
| | Chase PO Box 24696 Columbus, OH 43224 | | | | | |
| | City of Chicago Water Management PO Box 6330 Chicago, IL 60680-6330 | | | | | |
| | Financial Recovery Services Inc PO Box 385908 Minneapolis, MN 55438-5908 | | | | | |
| | Fremont Investment 175 N Riverview Drive Anaheim, CA 92808 | | | | | |
| | Green Tree PO Box 6172 Rapid City, SD 57709 | | | | | |
| | HSBC/Menards P.O. Box 15521 Wilmington, DE 19805 | | | | | |
| | MacNeal Health Network P.O. Box 830913 Birmingham, AL 35283 | | | | | |
| | MacNeal Health Network P.O. Box 830913 Birmingham, AL 35283 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Pinnacle Credit Services 7900 Highway 7 #100 Saint Loius Park, MN 55426 | | | | | |
| | Sears/CBSD P.O. Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sheffield Fn PO Box 1704 Clemmons, NC 27012 | | | | | |
| | Turner Acceptance 4454 N. Western Ae. Chicago, IL 60625 | | | | | |
| | United Collection Bureau 5620 Southwyck Blvd Toledo, OH 43614 | | | | | |
| | West Assessment Management 2703 W Highway 75 Sherman, TX 75092 | | | | | |
| | Wilshire 400 Countrywide Way Simi Valley, CA 93065-6298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wilshire 400 Countrywide Way Simi Valley, CA 93065-6298 | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | REAL TIME RESOLUTIONS, INC. | | | | | |
| 000002 | SPRINT NEXTEL CORRESPONDENCE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-30999 | Judge: Jack B. Schmetterer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Garcia Solano, Amado | | Date Filed (f) or Converted (c): | 07/12/10 (f) |
| | Batalla, Leticia | | 341(a) Meeting Date: | 09/08/10 |
| For Period Ending: | 09/24/14 | | Claims Bar Date: | 04/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home- Personal Residence 2637 S 59th | 70,358.00 | 0.00 | | 0.00 | FA |
| 2. Two Unit Building 2842 S. Kildare Chicago, IL | 75,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account National City/PNC ***5978 Cicero, | 128.89 | 0.00 | | 0.00 | FA |
| 5. Normal Furniture Normal Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Normal Clothing | 800.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Federal Tax Refund | 3,165.00 | 0.00 | | 0.00 | FA |
| 9. State Income Tax Refund | 190.00 | 0.00 | | 0.00 | FA |
| 10. 2008 Toyota Rav 4 (u) | 9,000.00 | 5,800.00 | | 5,800.00 | FA |
| Sold vehicles to Debtors net of exemptions, payable $3,000 down and $400 per month for 30 months - payments run through April 2014 | | | | | |
| 11. 1999 Toyota Corolla (u) | 125.00 | 0.00 | | 0.00 | FA |
| 12. 2000 Nissan Frontier (u) | 15,000.00 | 9,200.00 | | 9,200.00 | FA |
| Sold vehicles to Debtors net of exemptions, payable $3,000 down and $400 per month for 30 months - payments run through April 2014 | | | | | |
| 13. 2002 Chevrolet Cavalier (u) | 600.00 | 0.00 | | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.07 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $176,906.89     $15,000.00     $15,000.07     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiated for Debtors purchase of equity in vehicles; pursuant to Court order, Trustee sold equity in vehicles

LFORM1     Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Case 10-30999 Doc 54 Filed 11/12/14 Entered 11/12/14 14:50:45 Desc Main
Document Page 11 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-30999 | Trustee Name: | Joseph A. Baldi |
| | Judge: Jack B. Schmetterer | Date Filed (f) or Converted (c): | 07/12/10 (f) |
| Case Name: | Garcia Solano, Amado | 341(a) Meeting Date: | 09/08/10 |
| | Batalla, Leticia | Claims Bar Date: | 04/13/11 |

back to Debtors; Debtors are authorized to pay Estate in installments, over 30 months. Trustee monitored and recovered all monies per court order. Trustee reviewed claims and prepared final report. TFR filed 6/11/14 and final hearing scheduled for 7/29/14.

Initial Projected Date of Final Report (TFR): 03/15/12     Current Projected Date of Final Report (TFR): 08/30/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-30999 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Garcia Solano, Amado | Bank Name: | Associated Bank |
| | Batalla, Leticia | Account Number / CD #: | *******6743  Checking Account |
| Taxpayer ID No: | *******4067 | | |
| For Period Ending: | 09/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | FINAL TRANSFER | 9999-000 | 13,270.07 | | 13,270.07 |
| 01/07/14 | 12 | Leticia Batalla & Amado Garcia Solano c/o PL$ - Money Order 5947 W. Roosevelt Road Cicero, IL 60804 | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 13,670.07 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 13,660.07 |
| 02/05/14 | 003001 | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment | 2300-000 | | 10.95 | 13,649.12 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 20.57 | 13,628.55 |
| 02/12/14 | 12 | Leticia Batalla & Amado Garcia Solano PL$ (Money Order) 5947 W. Roosevelt Rd Cicero, IL 60804 | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 14,028.55 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 18.64 | 14,009.91 |
| 03/10/14 | 12 | Leticia Batalla & Amado Garcia Solano PL$ (Money Order) 5947 W. Roosevelt Rd Cicero, IL 60804 | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 14,409.91 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 21.25 | 14,388.66 |
| 04/08/14 | 12 | Leticia Batalla & Amado Garcia Solano PL$ (Money Order) 5947 W. Roosevelt Rd Cicero, IL 60804 | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 14,788.66 |
| 07/30/14 | 003002 | Joesph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 2,250.01 | 12,538.65 |
| 07/30/14 | 003003 | Baldi Berg, Ltd. | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,228.00 | 11,310.65 |
| 07/30/14 | 003004 | Real Time Resolutions, Inc. 1349 Empire Central Dr. Ste 150 | Claim 000001, Payment 20.65077% | 7100-000 | | 11,216.21 | 94.44 |

Page Subtotals        14,870.07        14,775.63

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| Case No: | 10-30999 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Garcia Solano, Amado | Bank Name: | Associated Bank |
| | Batalla, Leticia | Account Number / CD #: | *******6743 Checking Account |
| Taxpayer ID No: | *******4067 | | |
| For Period Ending: | 09/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/30/14 | 003005 | P.O. Box 36655<br>Dallas, TX 75247<br>Sprint Nextel Correspondence | Claim 000002, Payment 20.65308% | 7100-000 | | 27.26 | 67.18 |
| 07/30/14 | 003006 | Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949<br>American InfoSource LP as agent for<br>US Cellular<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000003, Payment 20.64980% | 7100-000 | | 67.18 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 14,870.07   14,870.07   0.00 |
| Less: Bank Transfers/CD's | 13,270.07   0.00 |
| Subtotal | 1,600.00   14,870.07 |
| Less: Payments to Debtors | 0.00 |
| Net | 1,600.00   14,870.07 |

Page Subtotals     0.00     94.44

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-30999 -JBS | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Garcia Solano, Amado | | Bank Name: | Bank of America, N.A. |
| | Batalla, Leticia | | Account Number / CD #: | *******7343 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4067 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/11 | 10 | AMADO GARCIA SOLANO | SALE PROCEEDS: VEHICLES | 1229-000 | 3,000.00 | | 3,000.00 |
| | | Leticia Batalla | | | | | |
| 10/31/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,000.01 |
| 11/11/11 | 10 | Amado Garcia Solano | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 3,400.01 |
| | | 2637 S. 59th Court | | | | | |
| | | Cicero, IL  60804 | | | | | |
| 11/30/11 | 14 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,400.04 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.86 | 3,396.18 |
| 12/07/11 | 10 | AMADO GARCIA SOLANO | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 3,796.18 |
| | | Leticia Batalla | | | | | |
| 12/29/11 | 14 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,796.21 |
| 12/29/11 | | Transfer to Acct #*******2756 | Bank Funds Transfer | 9999-000 | | 3,796.21 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 3,800.07 | 3,800.07 | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 3,796.21 | |
| | Subtotal | | 3,800.07 | 3.86 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 3,800.07 | 3.86 | |

Page Subtotals        3,800.07        3,800.07

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Case 10-30999   Doc 54   Filed 11/12/14   Entered 11/12/14 14:50:45   Desc Main
Document      Page 15 of 19

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-30999 -JBS | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Garcia Solano, Amado | | Bank Name: | Congressional Bank |
| | Batalla, Leticia | | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7343 | Bank Funds Transfer | 9999-000 | 3,796.21 | | 3,796.21 |
| 01/12/12 | 10 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 4,196.21 |
| 02/07/12 | 001001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 3.32 | 4,192.89 |
| 02/10/12 | 10 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 4,592.89 |
| 03/16/12 | 10 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 4,992.89 |
| 04/17/12 | 10 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 5,392.89 |
| 05/11/12 | 10 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 5,792.89 |
| 07/10/12 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 6,192.89 |
| 08/14/12 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 6,592.89 |
| 09/11/12 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 6,992.89 |
| 10/10/12 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 7,392.89 |
| 10/24/12 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 7,792.89 |
| 11/14/12 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 8,192.89 |
| 12/11/12 | 12 | AMADO GARCIA SOLANO Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 8,592.89 |

Page Subtotals     8,596.21     3.32

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30999 -JBS | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | Garcia Solano, Amado | | Bank Name: | Congressional Bank |
| | Batalla, Leticia | | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/09/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 8,992.89 |
| 02/07/13 | 001002 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 7.26 | 8,985.63 |
| 02/14/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 9,385.63 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 9,395.63 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 9,385.63 |
| 03/13/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 9,785.63 |
| 04/09/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 10,185.63 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 10,175.63 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.20 | 10,165.43 |
| 05/10/13 | 12 | AMADO GARCIA SOLANO | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 10,565.43 |

Page Subtotals    2,000.00    27.46

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2  
Page: 6  
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-30999 -JBS | | Trustee Name: | Joseph A. Baldi |
| Case Name: | Garcia Solano, Amado | | Bank Name: | Congressional Bank |
| | Batalla, Leticia | | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/13 | | Leticia Batalla<br>CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.33 | 10,555.10 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment.  ~JMM 7.9.13 | 2600-000 | | 11.04 | 10,544.06 |
| 06/11/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 10,944.06 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 11.09 | 10,932.97 |
| 07/12/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 11,332.97 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 11.84 | 11,321.13 |
| 08/06/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 11,721.13 |
| 09/04/13 | 12 | AMADO GARCIA SOLANO<br>Leticia Batalla | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 12,121.13 |
| 09/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 12.44 | 12,108.69 |
| 10/03/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300 | Monthly Bank Service Fee | 2600-000 | | 12.39 | 12,096.30 |

Page Subtotals            1,600.00            69.13

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2               Page: 7
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 10-30999 -JBS | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | Garcia Solano, Amado | Bank Name: | Congressional Bank |
| | Batalla, Leticia | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | |
| For Period Ending: | 09/24/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bethesda, MD 20817 | | | | | |
| 10/08/13 | 12 | AMADO GARCIA SOLANO | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 12,496.30 |
| | | Leticia Batalla | | | | | |
| 11/05/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 13.16 | 12,483.14 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 11/12/13 | 12 | AMADO GARCIA SOLANO | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 12,883.14 |
| | | Leticia Batalla | | | | | |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 13.07 | 12,870.07 |
| 12/09/13 | 12 | Amado Garcia Solano | SALE PROCEEDS: VEHICLES | 1229-000 | 400.00 | | 13,270.07 |
| | | Leticia Batalla | | | | | |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 13,270.07 | 0.00 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | 13,396.21 | 13,396.21 | 0.00 |
| Less: Bank Transfers/CD's | 3,796.21 | 13,270.07 | |
| Subtotal | 9,600.00 | 126.14 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,600.00 | 126.14 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6743 | 1,600.00 | 14,870.07 | 0.00 |
| Money Market Account (Interest Earn - ********7343 | 3,800.07 | 3.86 | 0.00 |
| Checking Account (Non-Interest Earn - ********2756 | 9,600.00 | 126.14 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,000.07 | 15,000.07 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     1,200.00     13,296.30

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-30999 -JBS | | Trustee Name: | Joseph A. Baldi |
| Case Name: | Garcia Solano, Amado | | Bank Name: | Congressional Bank |
| | Batalla, Leticia | | Account Number / CD #: | *******2756 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4067 | | | |
| For Period Ending: | 09/24/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*